UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

**Paula O'Donnell**

    v.

CA/CR No. 05-11257 -NG

**Donna Briggs**

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **BOWLER** for the following proceedings:

( )    Referred for full pretrial case management, including all dispositive motions.

**(**XX**)**    Referred for full pretrial case management, <u>not</u> including dispositive motions:

(A)    Referred for discovery purposes only.

(B)    Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(C)    Case referred for events only. See Doc. No(s). _____

(D)    Case referred for settlement.

(E)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(F)    **Special Instructions:** _____

7/18/05                                                      By:    s/ Maryellen Molloy
Date                                                          Deputy Clerk

---

[1]