UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA O'DONNELL<br><br>　　　　　Plaintiff<br><br>v.<br><br>DONNA BOGGS, BRENDAN HALL, WILLIAM FRANCIS, MARY LOU MEGAN and MARIAN DOUCETTE<br><br>　　　　　Defendants | Civil Action No. 05-11257-NG |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

The Defendants move the Court to extend the time within which they may serve an Answer or other responsive pleading or motion in response to Plaintiff's 1st Amended Complaint until the end of the business on Friday, June 30, 2006.

| | |
|---|---|
| **ASSENTED TO:** | Respectfully submitted, |
| PAULA O'DONNELL,<br>By her attorney, | DONNA BOGGS, BRENDAN HALL, WILLIAM FRANCIS, MARY LOU MEIGHAN, MARION DOUCETTE, and BOSTON GLOBE EMPLOYEES CREDIT UNION,<br>By their attorneys, |
| /s/ Scott Adams<br>_____<br>Scott Adams, BBO#639166<br>92 State Street, 9th Floor<br>Boston, MA 02109<br>(617) 742-4554 | /s/ Harvey Weiner<br>_____<br>Harvey Weiner, BBO#519840<br>PEABODY & ARNOLD LLP<br>30 Rowes Wharf<br>Boston, MA  02110<br>(617) 951-2100 |
| Dated: June 21, 2006 | Dated: June 21, 2006 |

2

PABOS2:623668_1