UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA O'DONNELL<br><br>      Plaintiff<br><br>v.<br><br>DONNA BOGGS, MARIAN DOUCETTE, BRENDAN HALL, WILLIAM FRANCIS, MARY LOU MEGAN and THE BOSTON GLOBE EMPLOYEES CREDIT UNION<br><br>      Defendants | Civil Action No. 05-11257-NG |

**NOTICE OF APPEARANCE**

      Please enter the appearance of Elizabeth A. Houlding for the defendants in the above-referenced matter.

                                      DONNA BOGGS, MARIAN DOUCETTE,
                                      BRENDAN HALL, WILLIAM FRANCIS,
                                      MARY LOU MEGAN and THE BOSTON
                                      GLOBE EMPLOYEES CREDIT UNION

                                      By their attorneys,

                                      /s/Elizabeth A. Houlding

                                      Harvey Weiner, BBO#519840
                                      Elizabeth A. Houlding, BBO # 645981
                                      PEABODY & ARNOLD LLP
                                      30 Rowes Wharf
                                      Boston, MA  02110
                                      (617) 951-2100

## **CERTIFICATE OF SERVICE**

      I, Elizabeth A. Houlding, hereby certify that I have this 8th day of November, 2006, served a copy of the foregoing document upon all counsel of record by causing a copy of same to be electronically served upon:  seaink@earthlink.net

      /s/Elizabeth A. Houlding
      _____
      Elizabeth A. Houlding

PABOS2:EHOULDI:649262_1
193-90324