UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA O'DONNELL<br><br>　　　　Plaintiff<br><br>　　v.<br><br>DONNA BOGGS, MARION DOUCETTE,<br>BRENDAN HALL, WILLIAM FRANCIS,<br>MARY LOU MEGAN and THE BOSTON<br>GLOBE EMPLOYEES CREDIT UNION<br><br>　　　　Defendants | Civil Action No. 05-11257-NG |

NOTICE OF WITHDRAWAL OF APPEARANCE

　　Please withdraw my appearance on behalf of the Defendants, Donna Boggs, Marion Doucette, Brendan Hall, William Francis, Mary Lou Megan and the Boston Globe Employees Credit Union. Harvey Weiner and Elizabeth Houlding shall remain as counsel for the Defendants.

　　　　　　　　　　　　　　　　　　　　/s/ Robert J. O'Keefe
　　　　　　　　　　　　　　　　　　　　Robert J. O'Keefe, BBO#655653
　　　　　　　　　　　　　　　　　　　　DUFFY SWEENEY & SCOTT, LTD.
　　　　　　　　　　　　　　　　　　　　One Turks Head Place, Suite 1200
　　　　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　　　　(401) 455-0700-Telephone
　　　　　　　　　　　　　　　　　　　　(401) 455-0700-Facsimile

November 9, 2006

2

**NOTICE OF ECF FILING**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on November 10, 2006.

/s/ Robert J. O'Keefe
Robert J. O'Keefe