UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA O'DONNELL,<br><br>       Plaintiff,<br>v.<br><br>DONNA BOGGS, MARIAN DOUCETTE, BRENDAN HALL, WILLIAM FRANCIS, MARY LOU MEGAN, and BOSTON GLOBE EMPLOYEES CREDIT UNION,<br><br>       Defendants. | Civil Action No. 05-11257-NG |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

       The Defendants respectfully move to extend the time within which they may file a reply brief in support of their summary judgment motion and respond to plaintiff's motion to strike portions of defendants' affidavits until the end of business on Friday, March 9, 2007. Plaintiff has assented to the filing of this Motion. As grounds for the Motion, Defendants say as follows:

       1.     Counsel for the Defendant, Elizabeth A. Houlding, was required to travel on business during the past two weeks and has been unable to complete the response and prepare it for electronic filing by Monday, March 5, 2007.

       2.     The Defendants will be able to file their response by the close of business on Friday, March 9, 2007, and therefore respectfully request an extension of time until March 9, 2007.

3. No party will be prejudiced by the requested extension, and plaintiff has agreed to this extension of time.

| **ASSENTED TO:** | Respectfully submitted, |
|---|---|
| PAULA O'DONNELL, | DONNA BOGGS, MARIAN DOUCETTE, BRENDAN HALL, |
| By her attorney, | WILLIAM FRANCIS, MARY LOU MEIGHAN, and BOSTON GLOBE EMPLOYEES CREDIT UNION, |
| | By their attorneys, |
| /s/Scott Adams | /s/Elizabeth A. Houlding |
| _____ | _____ |
| Scott Adams, BBO#639166 | Harvey Weiner, BBO#519840 |
| 92 State Street, 9th Floor | Elizabeth A. Houlding, BBO #645981 |
| Boston, MA 02109 | PEABODY & ARNOLD LLP |
| (617) 742-4554 | 30 Rowes Wharf |
| | Boston, MA 02110 |
| | (617) 951-2100 |
| Dated: March 1, 2007 | Dated: March 1, 2007 |

PABOS2:EHOULDI:656333_1
193-90324

CERTIFICATE OF SERVICE

    I, Elizabeth A. Houlding, counsel for the defendants, do hereby certify, that I have this date, served the Assented-To Motion for Extension of Time, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case.

                                                                          /s/Elizabeth A. Houlding
                                                                          _____
                                                                          Elizabeth A. Houlding