UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA O'DONNELL<br><br>            Plaintiff<br>v.<br><br>DONNA BOGGS[*], MARIAN DOUCETTE*,<br>BRENDAN HALL, WILLIAM FRANCIS,<br>MARY LOU MEGAN*, and BOSTON<br>GLOBE EMPLOYEES CREDIT UNION<br><br>            Defendants | Civil Action No. 05-11257-NG |

**REQUEST FOR HEARING**

The Defendants respectfully request a hearing on their *Motion for Summary Judgment*.

Respectfully submitted,

Defendants,

DONNA BOGGS, MARIAN DOUCETTE,
BRENDAN HALL, WILLIAM FRANCIS,
MARY LOU MEGAN, and BOSTON
GLOBE EMPLOYEES CREDIT UNION,

By their attorneys,

/s/Elizabeth A. Houlding

---
Harvey Weiner, BBO#519840
Elizabeth A. Houlding, BBO#645981
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

Dated:  March 9, 2007

---

[*] Defendant Donna Boggs was incorrectly identified in Defendants' Notice of Removal as Donna Briggs.  Plaintiff has misspelled the names of defendants Mary Lou Meighan and Marion Doucette in her Complaints.  The proper spelling is used herein, as is the caption contained in Plaintiff's First Amended (Consolidated) Complaint.

2

## CERTIFICATE OF SERVICE

      I, Elizabeth A. Houlding, counsel for the defendants, do hereby certify, that I have this date, served the *Request for Hearing*, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case.

    /s/Elizabeth A. Houlding
    _____
    Elizabeth A. Houlding

PABOS2:EHOULDI:656900_1
193-90324