UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

Paula O'Donnell,
    Plaintiff

v.                                        Civil Action No. 05-CV-11257- NG

Donna Boggs, et al.,
    Defendants.

**NOTICE OF CHANGE OF ADDRESS**

Please note the change of address for Plaintiff's Attorney:

    Scott Adams
    34 Ridgemont St.
    Allston, MA 02134

    Phone (617) 694-1332
    Fax   (866) 262-3327

dated: ___6/5_____, 2007        /s/ Scott Adams_____

                                                    Scott Adams (BBO# 639166)

*Certificate of Service*

*I hereby certify that a true copy of this document and any attachments was served upon all parties pro se or parties' attorneys by <u>hand / mail / fax / d-filing</u> on 6/5, 2007.*

                __/s/ Scott Adams _____ __6__/_5__/07