UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA O'DONNELL<br><br>          Plaintiff<br><br>v.<br><br>DONNA BRIGGS, ET. AL.,<br><br>          Defendants | Civil Action No. 05-11257-NG |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that **effective October 26, 2007**, the new address for the undersigned counsel for the defendants will be:

>Harvey Weiner
>Elizabeth A. Houlding
>PEABODY & ARNOLD LLP
>Federal Reserve Plaza
>600 Atlantic Avenue
>Boston, MA 02210-2261
>Tel (617) 951-2100
>
>Defendants
>
>DONNA BRIGGS, ET. AL.,
>By their attorneys,
>
>
>*/s/ Elizabeth A. Houlding*
>Harvey Weiner, BBO #519840
>Elizabeth A. Houlding, BBO #645981
>Peabody & Arnold, LLP
>30 Rowes Wharf
>Boston, MA 02110
>Tel: (617) 951-2100

DATED: October 25, 2007

## CERTIFICATE OF SERVICE

    I, Elizabeth A. Houlding, hereby certify that on this 25th day of October 2007, I served the within document by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case

                                                */s/Elizabeth A. Houlding*
                                                Elizabeth A. Houlding

PABOS2:EHOULDI:670744_1
193-90324