UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA O'DONNELL<br><br>         Plaintiff<br>v.<br><br>DONNA BOGGS[*], MARIAN DOUCETTE*,<br>BRENDAN HALL, WILLIAM FRANCIS,<br>MARY LOU MEGAN*, and BOSTON<br>GLOBE EMPLOYEES CREDIT UNION<br><br>         Defendants | Civil Action No. 05-11257-NG |

**NOTICE OF CHANGE OF ADDRESS**

The undersigned counsel for the DEFENDANTS, hereby give notice of their change of address effective October 26, 2007. Counsel request that all pleadings, orders and other correspondence in this matter be served on them at the below address.

Respectfully submitted,

Defendants,

DONNA BOGGS, MARIAN DOUCETTE,
BRENDAN HALL, WILLIAM FRANCIS,
MARY LOU MEGAN, and BOSTON
GLOBE EMPLOYEES CREDIT UNION,

By their attorneys,

/s/Harvey Weiner

Harvey Weiner, BBO#519840
Elizabeth A. Houlding, BBO#645981
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210-2261
(617) 951-2100

Dated:  October 26, 2007

2

## CERTIFICATE OF SERVICE

      I, Harvey Weiner, counsel for the defendants, do hereby certify, that I have this date, served the *Notice of Change of Address*, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case.

    /s/Harvey Weiner
    _____
    Harvey Weiner

PABOS2:HWEINER:670067_1
193-90324