UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAULA O'DONNELL
　　　　　Plaintiff

V.

BRIGGS et al
　　　　　Defendant

CIVIL ACTION

NO.   1:05-cv-11257-NG

## JUDGMENT

GERTNER, D. J.

In accordance with the Court's Electronic Order dated   8/13/2008   granting   Defendants'   motion for summary judgment in the above-entitled action, it is hereby ORDERED:

　　　　　Judgment for the   Defendants  .

　　　　　　　　　　　　　　　　　　　　　　　　　　　By the Court,

8/19/2008　　　　　　　　　　　　　　　　　　　/s/ JENNIFER GAUDET
　Date　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Judgment for SJ.wpd - 12/98)